1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California  94105
6     Telephone:  (415) 977-8975
      Facsimile:  (415) 744-0134
7     E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11                  FRESNO DIVISION

12

13  EMILY RECTOR,                    )
                                     )     CIVIL NO. 1:10-CV-02077-AWI-DLB
14        Plaintiff,                 )
                                     )
15        v.                         )     STIPULATION AND ORDER TO EXTEND
                                     )     TIME TO FILE DEFENDANT'S
16  MICHAEL J. ASTRUE,               )     RESPONSIVE BRIEF
    Commissioner of Social Security, )
17                                   )
          Defendant.                 )
18  _____)

19

20

21        The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of

22  the attached Order, that Defendant shall have a first extension of time of 30 days to file his responsive

23  brief.  The extension is necessary because Defendant's current counsel was recently reassigned the case

24  upon the retirement of Defendant's prior counsel, however current counsel already had briefs due in 3

25  other cases during the same time frame.  In addition, current counsel was recently out of the office due to

26  sickness, thus compounding the scheduling difficulties.  The new due date for Defendant's motion will be

27  August 15, 2011, and the Court's Scheduling Order shall be modified accordingly.

28  //

Respectfully submitted,

Dated: July 11, 2011                    */s/ Sengthiene Bosavanh*
                                        (As authorized via e-mail)
                                        SENGTHIENE BOSAVANH
                                        Attorney for Plaintiff

Dated: July 11, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ *Brenda M. Pullin*
                                        BRENDA M. PULLIN
                                        Special Assistant U.S. Attorney


        IT IS SO ORDERED.

        **Dated:    July 13, 2011**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2 - Answer to Complaint